UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:18-cv-279-REW
*Filed Electronically*

**In re: 589 Florence Street, Corbin, KY 40701**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.

ESTATE OF BETTY LOUISE PARKS, DECEASED; ET AL                    DEFENDANTS

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**
**\*\*\*\*\*\*\*\*\***

Comes the Plaintiff, by and through counsel, and hereby provides the following information regarding the status of this matter:

Counsel for Plaintiff attempted to serve Defendant Vicky May at her last known address of 2186 Crystal Springs Road, Danville, KY 40422, however, this certified mailing was returned undeliverable by the United States Postal Service. A return of unexecuted summons was filed herewith. Counsel has completed internet and website searches in an attempt to ascertain any other known addresses for this Defendant, however, our attempts have been unsuccessful.

Since the filing of the Complaint herein, counsel has been engaged in attempts to locate the other heirs of Betty Louise Parks, deceased, or a probate filing for said decedent. Counsel has conducted searches in the Laurel and Boyle County Clerk's Offices, in addition to internet searches, and has been unsuccessful.

Filed herewith are Motions to issue Warning Orders and appoint Warning Order Attorneys for Defendants: The Estate of Betty Louise Parks, Deceased; Vicky May; The Unknown Spouse of Vicky May; Debbie Parks; The Unknown Spouse of Debbie Parks; Roger Parks; The Unknown Spouse of Roger Parks; The Unknown Spouse of Betty Louise Parks, Deceased; the Unknown

Heirs of Betty Louise Parks, Deceased; and the Unknown Spouses of the Unknown Heirs of Betty Louise Parks, Deceased.

Counsel for Plaintiff further states that no prejudice against the Defendants has been caused by Counsel for Plaintiffs delay in prosecution of this case.

Counsel for Plaintiff apologizes to this Honorable Court for its delay in filing, and respectfully requests that this Court consider its Motions for Issuance of Warning Orders tendered herewith, and that this cause of action remain on the active docket.

                Respectfully submitted,

                /s/ A. George Mason, Jr.
                A. George Mason, Jr.
                KBA No. 44596
                Attorney for the Plaintiff
                4048 Peppertree Drive
                Lexington, KY 40513
                Phone: (859) 224-8277
                Fax: (859) 296-2998
                Email: george@georgemasonlf.com

## CERTIFICATE OF SERVICE

This will certify that I electronically filed the foregoing into the Court's record of this action by using the Court's CM/ECF Electronic Filing System, and that any order of judgment United States of America Proposes in connection therewith is an attachment to the filing.

This will further certify that a true and correct copy of the foregoing, together with a copy of any order or judgment United States of America proposes in connection herewith, has been served as follows:

**-Via U.S. Postal Service, postage prepaid**

Vicky May
2186 Crystal Springs Road
Danville, KY 40422

By: /s/ A. George Mason, Jr.
Attorney for the Plaintiff
George Mason Law Firm, PSC