UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:18-CV-279-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ESTATE OF BETTY LOUISE PARKS, DECEASED, et al., | ) ) ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On October 29, 2018, the United States initiated this foreclosure action against the following Defendants: the Estate of Betty Louise Parks, Deceased; Vicky May; Debbie Parks; Roger Parks; and the Unknown Heirs of Betty Louise Parks; as well as the Unknown Spouses of Betty Louise Parks, Vicky May, Debbie Parks, Roger Parks, and the Unknown Heirs of Betty Louise Parks. DE #1 (Complaint). The at-issue property is located at 589 Florence Street, Corbin, Kentucky 40701. The Court, pursuant to Federal Rule 4(e)(1), CR 4.05, and CR 4.07, previously issued a warning order and appointed warning order attorneys for all Defendants. DE #14 (Order).

The Court appointed Hon. Brandi N. Lewis as warning order counsel for Vicky May. Ms. Lewis now reports that she successfully contacted Vicky May via certified mail to notify her of this action. DE #18 at 1; *id.* at 3 (Letter to Vicky May); *id.* at 4 (Certified Mail Receipt). Counsel asks the Court to accept the report, authorize payment for her services, and release her from further duties. *See id.* at 1. Finding the requested relief justified, the Court **GRANTS** DE #18 and **ORDERS** as follows:

1. The Court **ACCEPTS** the Warning Order Report (DE #18);

1

2. The Court **ORDERS** and **AUTHORIZES** payment, to Hon. Brandi N. Lewis, of a $200.00 fee for services rendered;[1] and

3. The Court **RELIEVES** Ms. Lewis of any further duties in this matter.

This the 27th day of March, 2019.

Signed By:
*Robert E. Wier* /s/ REW
United States District Judge

---

[1] Ms. Lewis does not include notation of any costs incurred; if she seeks compensation for such, she may file an appropriate motion detailing her expenses in this action.