UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:18-CV-279-REW |
| v. | ) | |
| | ) | ORDER |
| ESTATE OF BETTY LOUISE PARKS, DECEASED, et al., | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On October 29, 2018, the United States initiated this foreclosure action against the following Defendants: the Estate of Betty Louise Parks, Deceased; Vicky May; Debbie Parks; Roger Parks; and the Unknown Heirs of Betty Louise Parks; as well as the Unknown Spouses of Betty Louise Parks, Vicky May, Debbie Parks, Roger Parks, and the Unknown Heirs of Betty Louise Parks. DE #1 (Complaint). The at-issue property is located at 589 Florence Street, Corbin, Kentucky 40701. The Court, pursuant to Federal Rule 4(e)(1), CR 4.05, and CR 4.07, previously issued a warning order and appointed warning order attorneys for all Defendants. DE #14 (Order).

The Court appointed Hon. Jeffrey C. Rager as warning order counsel for Roger Parks. Mr. Rager now reports his diligent, but ultimately unsuccessful, efforts to notify Roger Parks[1] of this action. DE #19; DE #19-1 (Letter to Roger Parks); DE #19-2 (Certified Mail Receipts); DE #19-3 (Rager Affidavit). Counsel asks the Court to accept the report

---

[1] Mr. Rager notes that he did, in fact, speak with two Kentucky men named Roger Parks, located through a paid person search, but neither was the Roger Parks involved in this action. *See* DE #19 ¶¶ 5–6.

1

and authorize payment for his services. *See* DE #19 at 3. Finding the requested relief justified, the Court **GRANTS** DE #19 and **ORDERS** as follows:

1. The Court **ACCEPTS** the Warning Order Report (DE #19);

2. The Court **ORDERS** and **AUTHORIZES** payment, to Hon. Jeffrey C. Rager, of a $200.00 fee for services rendered and $34.10 for reasonably incurred expenses (paid person search, copies, and postage), all to be taxed as costs, *see* DE #19-3 (Affidavit); and

3. The Court **RELIEVES** Mr. Rager of any further duties in this matter.

This the 27th day of March, 2019.

Signed By:
*Robert E. Wier* /s/ REW
United States District Judge