UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:18-CV-279-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ESTATE OF BETTY LOUISE PARKS, | ) | |
| DECEASED, et al., | ) | |
| | ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On October 29, 2018, the United States initiated this foreclosure action against the following Defendants: the Estate of Betty Louise Parks, Deceased; Vicky May; Debbie Parks; Roger Parks; and the Unknown Heirs of Betty Louise Parks; as well as the Unknown Spouses of Betty Louise Parks, Vicky May, Debbie Parks, Roger Parks, and the Unknown Heirs of Betty Louise Parks. DE #1 (Complaint). The at-issue property is located at 589 Florence Street, Corbin, Kentucky 40701. The Court, pursuant to Federal Rule 4(e)(1), CR 4.05, and CR 4.07, previously issued a warning order and appointed warning order attorneys for all Defendants. DE #14 (Order).

The Court appointed Hon. Timothy R. Wiseman as warning order counsel for the Unknown Spouse of Roger Parks. Mr. Wiseman now reports his diligent, but ultimately unsuccessful, efforts to locate the spouse of Roger Parks[1] and notify that individual of this action. DE #22; DE #22-1 (Certified Mailings); DE #22-2 (Affidavit). Counsel asks the

---

[1] Mr. Wiseman contacted several Kentucky men named Roger Parks, and spoke with one spouse of a Roger Parks, but none of those individuals was related to Betty Louise Parks. *See* DE #22 ¶¶ 6–9.

Court to accept the report, authorize payment for his services, and relieve him from further responsibilities in this matter. *See* DE #22 at 3. Finding the requested relief justified, the Court **GRANTS** DE #22 and **ORDERS** as follows:

1. The Court **ACCEPTS** the Warning Order Report (DE #22);

2. The Court **ORDERS** and **AUTHORIZES** payment, to Hon. Timothy R. Wiseman, of a $200.00 fee for services rendered and $24.40 for reasonably incurred expenses (copies and postage), all to be taxed as costs, *see* DE #22-2 (Affidavit); and

3. The Court **RELIEVES** Mr. Wiseman of any further duties in this matter.

This the 4th day of April, 2019.

Signed By:
*Robert E. Wier*  REW
United States District Judge