UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:18-CV-279-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ESTATE OF BETTY LOUISE PARKS, | ) | |
| DECEASED, et al., | ) | |
| | ) | |
| Defendants. | | |

*** *** *** ***

On October 29, 2018, the United States initiated this foreclosure action against the following Defendants: the Estate of Betty Louise Parks, Deceased; Vicky May; Debbie Parks; Roger Parks; and the Unknown Heirs of Betty Louise Parks; as well as the Unknown Spouses of Betty Louise Parks, Vicky May, Debbie Parks, Roger Parks, and the Unknown Heirs of Betty Louise Parks. DE #1 (Complaint). The at-issue property is located at 589 Florence Street, Corbin, Kentucky 40701. The Court, pursuant to Federal Rule 4(e)(1), CR 4.05, and CR 4.07, previously issued a warning order and appointed warning order attorneys for all Defendants. DE #14 (Order).

The Court appointed Hon. Whitney True Lawson as warning order counsel for the Unknown Spouse of Vicky May. Ms. Lawson now reports that, after a thorough records search, she determined that Vicky May has been unmarried since 2009. *See* DE #24 ¶¶ 4 & 6; DE #24-1 (November 2009 Divorce Decree). Counsel asks the Court to accept the report, authorize payment for her services, and release her from further duties. *See* DE #24 at 2. Finding the requested relief justified, the Court **GRANTS** DE #24 and **ORDERS** as follows:

1

1. The Court **ACCEPTS** the Warning Order Report (DE #24);

2. The Court **ORDERS** and **AUTHORIZES** payment, to Hon. Whitney True Lawson, of a $150.00 fee for services rendered and $35.00 for reasonably incurred expenses, all to be taxed as costs, *see* DE #24 (noting 1.0+ hours spent in service of this matter); DE #25-1 (stating costs); and

3. The Court **RELIEVES** Ms. Lawson of any further duties in this matter.

This the 16th day of April, 2019.

Signed By:

**_Robert E. Wier_**

**United States District Judge**