UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:18-CV-279-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| THE UNKNOWN SPOUSES OF THE UNKNOWN HEIRS OF BETTY LOUISE PARKS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The United States filed its Complaint in this foreclosure action on October 29, 2018. DE #1 (Complaint). On February 28, 2019, the Court granted the United States's request for warning order issuance and appointed warning order attorneys for all Defendants. DE #14. The Court ordered warning order counsel to submit their reports within 60 days. *Id.* at 6. The Court has not yet received a report (and affidavit supporting any sought payment) from counsel for the Unknown Spouses of the Unknown Heirs of Betty Louise Parks per DE #14.

Accordingly, the Court **ORDERS** counsel for this Defendant to submit the DE #14-required documentation no later than **May 17, 2019**.

This the 10th day of May, 2019.

Signed By:
*Robert E. Wier*  REW
United States District Judge